UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A., a mutual savings and loan association,<br><br>*Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, successor to Countrywide Financial Corporation; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME SERVICING, LP; BANK OF AMERICA, N.A.; and BAC HOME LOAN SERVICING, LP,<br><br>*Defendants*. | Civil No.: 14-cv-4633 (KSH) (CLW)<br><br><br><br>**ORDER** |

Upon consideration of defendants' motion [D.E. 122] for judgment on the pleadings pursuant to Fed. R. Civ. 12(c); and for the reasons expressed in the Court's opinion filed herewith,

**IT IS** on this 31st day of December, 2018,

**ORDERED** that defendant's motion (D.E. 122) is DENIED.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.