**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                **DATE:** October 31, 2019
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                **DOCKET # 14-cv-4633**
SPENCER SAVINGS BANK, S.L.A.

vs.

BANK OF AMERICA, et, al

**APPEARANCES:**
Helen D. Chaitman and Suzan Arder, Attorney's for Plaintiff
Luke A. Connelly, James S. Richter, and Joanne C. Wade Attorney's for defendant

**Nature of Proceedings**: **Telephone Conference**

**Time Commenced:  1:00 PM**
**Time Adjourned:    1:08 PM**

Christine Melillo, Deputy Clerk
to the Honorable Katharine S. Hayden, U.S.D.J.