# CHAITMAN LLP
## 115 FAIRVIEW ROAD
## FRENCHTOWN, NJ 08825
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
*hchaitman@chaitmanllp.com*

November 5, 2019

**VIA CM/ECF**

The Honorable Katharine S. Hayden
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4C
Newark, NJ 07101

Re:    *Spencer Savings Bank, S.L.A. v. Bank of America Corporation, et al.*
       Civil Action No. 14-CV-4633 (KSH)(CLW)

Dear Judge Hayden:

This firm is counsel to Spencer Savings Bank SLA in the above-referenced action.  It has come to our attention that Spencer is represented by Pashman Stein Walder Hayden in a separate matter, the law firm at which Joseph A. Hayden, Jr. is a name partner.

To the best of our knowledge, Mr. Hayden is unaware of Spencer as a client of the firm. He is not involved in any way in its representation.  We are, however, disclosing to the Court and to all Defendants by copy of this letter so that the Court may treat it in the manner it sees fit.

Respectfully submitted,

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman

HDC:leb

cc:    *Via ECF and Email:*
       Luke A. Connelly (lconnell@winston.com)
       Joanna C. Wade (jwade@winston.com)
       James S. Richter (jrichter@midlige-richter.com)
       Allen W. Burton (aburton@omm.com)

{00043080 1 }